IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RANJOT SINGH,

        Petitioner,               No. CIV S-06-1626 DFL PAN P

    vs.

D.K. SISTO, et al.,

        Respondents.        <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

        The application attacks a conviction issued by the Santa Clara County Court. While both this Court and the United States District Court in the district where petitioner was convicted have jurisdiction, see <u>Braden v. 30th Judicial Circuit Court</u>, 410 U.S. 484 (1973), any and all witnesses and evidence necessary for the resolution of petitioner's application are more readily available in Santa Clara County. <u>Id.</u> at 499 n.15; 28 U.S.C. § 2241(d).

/////
/////
/////
/////

1

1  Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that this
2 matter is transferred to the United States District Court for the Northern District of California.
3 DATED: July 26, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

/mp; 001
sing1626.108